(No. 78-CC-0906–)

FLORENCE CRITTENTON PEORIA HOME, Claimant, v. THE STATE
OF ILLINOIS, Respondent.

*Opinion filed January 16, 1981.*

TIMOTHY BERTSCHY, for Claimant.

TYRONE C. FAHNER, Attorney General (SUE MUELLER,
Assistant Attorney General, of counsel), for Respondent.

PER CURIAM.

The record in this cause indicated the purpose of the
expenditure by the Department of Children and Family
Services for which this claim was filed was for services
provided to several unmarried mothers served by the
Department of Children and Family Services during
fiscal year 1977 and 1978 and that the Attorney General
has entered into a Joint Stipulation with the Claimant
based upon information forwarded to his office by said
Department, as evidenced by the departmental report
attached to the Joint Stipulation.

Accordingly, this Court finds that this was a properly
authorized expenditure at prices reasonable, usual and
customary in the area where received. No part of this
expenditure has been paid and the total outstanding is
$5,136.84. Money was appropriated under appropriation
and fund #001-41817-4400-09-00 of which appropriation
sufficient funds lapsed and were returned to the State
Treasury.

The sole reason said claim was not paid is due to the
lapse of the appropriation for the period during which
the debt was incurred.

138

It is hereby ordered that the Claimant be awarded, in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause, the sum of $5,136.84 (five thousand one hundred thirty-six and 84/100 dollars).